```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA**   \*
                               \*
**vs.**                        \*   **CRIMINAL NO. 23-00140-TFM**
                               \*
**LAWRENCE PETERSON,**         \*
                               \*
    **Defendant.**          \*

## ORDER

This case is before the Court on Defendant's Unopposed Motion to Continue (Doc. 23). In the motion, counsel for Defendant advises that this is the first trial setting, and that the Government continues to produce additional discovery in this case. (Id. at 1). According to defense counsel, additional time is needed to review new surveillance videos and other discovery with the Defendant and to ready this case for trial or other resolution. (Id.). Defense counsel also reports that counsel for the Government has been consulted and consents to the continuance request. (Id.).

Upon consideration, the undersigned concludes that the ends of justice served by continuing this case for one term outweigh the best interests of the public and Defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A). This is the first trial setting in this case, in which Defendant is charged with robbery, possession of a firearm in furtherance of a crime of violence, and possession of a firearm by a convicted felon. If convicted, Defendant faces

substantial jail time. Continuing this case for one term so that counsel can review the discovery with Defendant and ready this case for trial or other resolution is reasonable under the circumstances. See id. Accordingly, the motion for a continuance (Doc. 23) is **GRANTED**. This case is hereby **CONTINUED** to the **November 2023** criminal term. For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

Counsel for Defendant shall file, on or before **September 26, 2023,** a speedy trial waiver executed by Defendant and his counsel. The waiver shall include language which reflects that (1) counsel has discussed the reasons for seeking a continuance with Defendant; (2) Defendant understands that the time requested in the motion to continue trial of this matter will be excluded from any calculations of time under the Speedy Trial Act; and (3) with this understanding and knowledge, Defendant agrees to a continuance of this case to the **November 2023** trial term.

The Clerk is **DIRECTED** to refer this matter to Magistrate Judge Murray.

**ORDERED** this **18th** day of **September 2023**.

>    **/s/ SONJA F. BIVINS**
>    **UNITED STATES MAGISTRATE JUDGE**